**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE | : | **Bankruptcy No. 19-10461-TPA** |
| **Matthew Lee Putman,** | : | **Chapter 13** |
| Debtor | : | |
| | : | **Related to Docket No.: 85** |
| **Matthew Lee Putman,** | : | |
| Movant | : | |
| | : | |
| vs. | : | |
| | : | |
| **Ronda J. Winnecour, Esquire,** | : | |
| **Chapter 13 Trustee,** | : | |
| **Respondent.** | : | |

**NOTICE OF HEARING WITH RESPONSE DEADLINE REGARDING MOTION FOR APPROVAL OF POST-PETITION VEHICLE FINANCING**

**TO THE RESPONDENTS:**

You are hereby notified that the above Movants seek an Order affecting your rights or property.

You are further notified to file with the Clerk and serve upon the undersigned attorney for Movants a response to the motion no later than **September 11, 2022,** i.e., seventeen (17) days after the date of service below, in accordance with the Federal Rules of Bankruptcy Procedure, Local Rules and Procedures of this Court, and the procedures of the Presiding Judge as found on the Judge's web page at www.pawb.uscourts.gov. If you fail to timely respond, the Motion may be granted by the Court by default without a hearing.

You should take this to your lawyer at once.

A Zoom Video Conference Hearing will be held on **October 12, 2022 at 11:30AM** before Judge Thomas P. Agresti via the Zoom Video Conference Application ("Zoom"). To participate in and join a Zoom Hearing please initiate and use the following link at least 15 minutes prior to the scheduled **Zoom Hearing time: https://www.zoomgov.com/j/16021303488**, or alternatively, you may use the following: **Meeting ID: 160 2130 348**8. For questions regarding the connection, contact Judge Agresti's Staff Lawyer or Deputy-in Charge, at 814-464-9760. All attorneys and Parties may only appear by Zoom and must comply with Judge Agresti's Updated Notice of Temporary Modification of Appearance Procedures, dated and effective November 22, 2021, and continued until further order, which can be found on the Court's website at https://www.pawb.uscourts.gov/content/judge-thomas-p-agresti. Under the current COVID-

19 circumstances, the general public may appear telephonically if unable to do so via the Internet. When the need to appear telephonically arises members of the general public should immediately contact Chambers to make telephonic arrangements.

Only ten minutes is being provided on the calendar. No witnesses will be heard. If an evidentiary hearing is required, it will be scheduled by the Court for a later date.

Date: <u>August 25, 2022</u>                                                                    Respectfully submitted,

<i>/s/ Daniel P. Foster, Esquire</i>
Daniel P. Foster
PA I.D. # 92376
Foster Law Offices, LLC
1210 Park Avenue
Meadville, PA 16335
Phone: 814.724.1165
Fax: 814.724.1158
Email:<u>dan@mrdebtbuster.com</u>
Attorney for Debtors

**CERTIFICATE OF SERVICE**

      I, the undersigned Paralegal of Foster Law Offices, LLC, certify under penalty of perjury that I am more than 18 years of age, and that I served a true and correct copy of the **Notice of Hearing along with the MOTION FOR APPROVAL OF POST-PETITION VEHICLE FINANCING**, by First-Class Mail, U.S. Postage Paid on the parties below.

| | |
|---|---|
| Executed on: August 25, 2022 | *By: /s/ Kristen N. Dennis* |
| | Kristen N. Dennis, PARALEGAL |
| | FOSTER LAW OFFICES, LLC |
| | 1210 Park Avenue |
| | Meadville, PA 16335 |
| | Tel 814.724.1165 |
| | Fax 814.724.1158 |

| | | |
|---|---|---|
| Label Matrix for local noticing<br>0315-1<br>Case 19-10461-TPA<br>WESTERN DISTRICT OF PENNSYLVANIA<br>Erie<br>Thu Aug 25 15:05:33 EDT 2022 | Freedom Mortgage Corporation<br>10500 Kincaid Drive<br>Fishers, IN 46037-9764 | PRA Receivables Management, LLC<br>PO Box 41021<br>Norfolk, VA 23541-1021 |
| 1<br>U.S. Bankruptcy Court<br>U.S. Courthouse, Room B160<br>17 South Park Row<br>Erie, PA 16501-1169 | Afni, Inc.<br>Po Box 3097<br>Bloomington, IL 61702-3097 | (p)CREDITORS BANKRUPTCY SERVICE<br>PO BOX 800849<br>DALLAS TX 75380-0849 |
| Capital One<br>Po Box 30281<br>Salt Lake City, UT 84130-0281 | Central Loan Administration & Reporting<br>Po Box 77404<br>Ewing, NJ 08628-6404 | Conneaut Lake Child Care Center<br>155 South 9th Street<br>PO Box 98<br>Conneaut Lake PA 16316-0098 |
| Dish Network<br>PO Box 94063<br>Palatine, IL 60094-4063 | Erie Federal Credit Union<br>3503 Peach Street<br>Erie, PA 16508-2741 | (p)FIRST FEDERAL CREDIT CONTROL INC<br>24700 CHAGRIN BLVD<br>SUITE 205<br>BEACHWOOD OH 44122-5662 |
| (p)JEFFERSON CAPITAL SYSTEMS LLC<br>PO BOX 7999<br>SAINT CLOUD MN 56302-7999 | MORTGAGE RESEARCH CENTER, LLC, et.al.<br>CENLAR FSB<br>BK Department, 425 PHILLIPS BLVD.<br>EWING NJ 08618-1430 | Meadville Diagnostic Medical Imaging Inc<br>751 Liberty Street<br>Meadville, PA 16335-2559 |
| National Recovery Agency<br>2491 Paxton Street<br>Harrisburg, PA 17111-1036 | Office of the United States Trustee<br>Liberty Center.<br>1001 Liberty Avenue, Suite 970<br>Pittsburgh, PA 15222-3721 | Phelan Hallinan Diamond & Jones LLP<br>1617 JFK Boulevard<br>Suite 1400<br>Philadelphia, PA 19103-1814 |
| Santander Consumer USA Inc.<br>P.O. Box 560284<br>Dallas, TX 75356-0284 | Santander Consumer Usa<br>Po Box 961245<br>Ft Worth, TX 76161-0244 | Synchrony Bank<br>c/o of PRA Receivables Management, LLC<br>PO Box 41021<br>Norfolk, VA 23541-1021 |
| Tsi / 51<br>PO Box 15273<br>Wilmington, DE 19850-5273 | UPMC Hamot Surgery Center<br>200 State Street<br>Erie, PA 16507-1499 | Verizon<br>500 Technology Drive<br>Suite 550<br>Saint Charles, MO 63304-2225 |
| Daniel P. Foster<br>Foster Law Offices<br>1210 Park Avenue<br>Meadville, PA 16335-3110 | Matthew Lee Putman<br>PO Box 12<br>Conneaut Lake, PA 16316-0012 | Ronda J. Winnecour<br>Suite 3250, USX Tower<br>600 Grant Street<br>Pittsburgh, PA 15219-2702 |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

```
Army & Air Force Exchange Services      First Federal Credit Control        Jefferson Capital Systems
Attention: GC-G                         24700 Chagrin Boulevard              16 Mcleland Road
3911 S. Walton Walker Blvd              Suite 2                              Saint Cloud, MN 56303
Dallas, TX 75236                        Cleveland, OH 44122


(d)Jefferson Capital Systems LLC        (d)Military Star
Po Box 7999                             3911 Walton Walker
Saint Cloud Mn 56302-9617               Dallas, TX 75266
```

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

```
(u)Mortgage Research Center, LLC, et.al.    (d)Freedom Mortgage Corporation       End of Label Matrix
                                            10500 Kincaid Drive                   Mailable recipients   26
                                            Fishers, IN 46037-9764                Bypassed recipients    2
                                                                                  Total                 28
```