# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE | : | Bankruptcy No. 19-10461-TPA |
| Matthew Lee Putman, | : | Chapter 13 |
| Debtor | : | |
| | : | Docket No.: 91 |
| Matthew Lee Putman, | : | |
| Movant | : | |
| | : | |
| vs. | : | |
| | : | |
| Ronda J. Winnecour, Esquire, | : | |
| Chapter 13 Trustee, | : | |
| Respondent. | : | |

**CERTIFICATE OF NO OBJECTION**

The undersigned hereby certifies that, as of the date hereof, no Answer, Objection or other Responsive Pleading to the <u>Motion for Approval of Post-Petition Vehicle Financing</u>, filed on August 25, 2022 has been received. The undersigned further certifies that the Court's docket in this case has been reviewed and no Answer, Objection or other Responsive Pleading to the Complaint appears thereon. Pursuant to the Notice of Hearing, Objections to the Complaint were to be filed and served no later than September 11, 2022.

It is hereby respectfully requested that the Order attached to the Motion be entered by the Court.

Date: <u>September 12, 2022</u>

Respectfully submitted,
/s/ Daniel P. Foster, Esquire
Daniel P. Foster
PA I.D. # 92376
Foster Law Offices
1210 Park Avenue
Meadville, PA 16335
Phone:  814.724.1165
Fax: 814.724.1158
dan@mrdebtbuster.com
Attorney for Debtors

# CERTIFICATE OF SERVICE

      I, the undersigned Paralegal of Foster Law Offices, LLC, certify under penalty of perjury that I am more than 18 years of age, and that I served a true and correct copy of the **Certificate of No Objection**, by First-Class Mail, U.S. Postage Paid on the parties below.

Executed on: September 12, 2022

*By: /s/ Kristen N. Dennis*
Kristen N. Dennis, PARALEGAL
FOSTER LAW OFFICES, LLC
1210 Park Avenue
Meadville, PA 16335
Tel 814.724.1165
Fax 814.724.1158

| | | |
|---|---|---|
| Label Matrix for local noticing<br>0315-1<br>Case 19-10461-TPA<br>WESTERN DISTRICT OF PENNSYLVANIA<br>Erie<br>Thu Aug 25 15:05:33 EDT 2022 | Freedom Mortgage Corporation<br>10500 Kincaid Drive<br>Fishers, IN 46037-9764 | PRA Receivables Management, LLC<br>PO Box 41021<br>Norfolk, VA 23541-1021 |
| 1<br>U.S. Bankruptcy Court<br>U.S. Courthouse, Room B160<br>17 South Park Row<br>Erie, PA 16501-1169 | Afni, Inc.<br>Po Box 3097<br>Bloomington, IL 61702-3097 | (p)CREDITORS BANKRUPTCY SERVICE<br>PO BOX 800849<br>DALLAS TX 75380-0849 |
| Capital One<br>Po Box 30281<br>Salt Lake City, UT 84130-0281 | Central Loan Administration & Reporting<br>Po Box 77404<br>Ewing, NJ 08628-6404 | Conneaut Lake Child Care Center<br>155 South 9th Street<br>PO Box 98<br>Conneaut Lake PA 16316-0098 |
| Dish Network<br>PO Box 94063<br>Palatine, IL 60094-4063 | Erie Federal Credit Union<br>3503 Peach Street<br>Erie, PA 16508-2741 | (p)FIRST FEDERAL CREDIT CONTROL  INC<br>24700 CHAGRIN BLVD<br>SUITE 205<br>BEACHWOOD OH 44122-5662 |
| (p)JEFFERSON CAPITAL SYSTEMS LLC<br>PO BOX 7999<br>SAINT CLOUD MN 56302-7999 | MORTGAGE RESEARCH CENTER, LLC, et.al.<br>CENLAR FSB<br>BK Department, 425 PHILLIPS BLVD.<br>EWING NJ 08618-1430 | Meadville Diagnostic Medical Imaging Inc<br>751 Liberty Street<br>Meadville, PA 16335-2559 |
| National Recovery Agency<br>2491 Paxton Street<br>Harrisburg, PA 17111-1036 | Office of the United States Trustee<br>Liberty Center.<br>1001 Liberty Avenue, Suite 970<br>Pittsburgh, PA 15222-3721 | Phelan Hallinan Diamond & Jones LLP<br>1617 JFK Boulevard<br>Suite 1400<br>Philadelphia, PA 19103-1814 |
| Santander Consumer USA Inc.<br>P.O. Box 560284<br>Dallas, TX 75356-0284 | Santander Consumer Usa<br>Po Box 961245<br>Ft Worth, TX 76161-0244 | Synchrony Bank<br>c/o of PRA Receivables Management, LLC<br>PO Box 41021<br>Norfolk, VA 23541-1021 |
| Tsi / 51<br>PO Box 15273<br>Wilmington, DE 19850-5273 | UPMC Hamot Surgery Center<br>200 State Street<br>Erie, PA 16507-1499 | Verizon<br>500 Technology Drive<br>Suite 550<br>Saint Charles, MO 63304-2225 |
| Daniel P. Foster<br>Foster Law Offices<br>1210 Park Avenue<br>Meadville, PA 16335-3110 | Matthew Lee Putman<br>PO Box 12<br>Conneaut Lake, PA 16316-0012 | Ronda J. Winnecour<br>Suite 3250, USX Tower<br>600 Grant Street<br>Pittsburgh, PA 15219-2702 |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | | |
|---|---|---|
| Army & Air Force Exchange Services<br>Attention: GC-G<br>3911 S. Walton Walker Blvd<br>Dallas, TX 75236 | First Federal Credit Control<br>24700 Chagrin Boulevard<br>Suite 2<br>Cleveland, OH 44122 | Jefferson Capital Systems<br>16 Mcleland Road<br>Saint Cloud, MN 56303 |
| (d)Jefferson Capital Systems LLC<br>Po Box 7999<br>Saint Cloud Mn 56302-9617 | (d)Military Star<br>3911 Walton Walker<br>Dallas, TX 75266 | |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| | | |
|---|---|---|
| (u)Mortgage Research Center, LLC, et.al. | (d)Freedom Mortgage Corporation<br>10500 Kincaid Drive<br>Fishers, IN 46037-9764 | End of Label Matrix<br>Mailable recipients   26<br>Bypassed recipients    2<br>Total                 28 |