**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

FILED
9/12/22 3:04 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

| | | |
|---|---|---|
| IN RE | : | Bankruptcy No. 19-10461-TPA |
| Matthew Lee Putman, | : | Chapter 13 |
| Debtor | : | |
| | : | Related to Docket No.: 85 |
| Matthew Lee Putman, | : | |
| Movant | : | |
| | : | |
| vs. | : | |
| | : | |
| Ronda J. Winnecour, Esquire, | : | |
| Chapter 13 Trustee, | : | |
| Respondent. | : | |

**AMENDED ORDER APPROVING POSTPETITION AUTOMOBILE FINANCING**

This matter comes before the Court upon the Debtors' Motion for Approval of Post-Petition Vehicle Financing Dkt. No.85 ("*Motion*") filed by Debtors on August 25, 2022. Based upon the foregoing, and for good cause shown, it is hereby **ORDERED**, **ADJUDGED**, and **DECREED** that:

1. The *Motion* Dkt. No. 85 is **GRANTED** as provided by the terms of this Order. Debtors are authorized to obtain secured financing for the purchase of a replacement, vehicle on the following terms:

    (a) the total amount of financing shall not exceed **$25,000.00**; and

    (b) the monthly payments made under the financing agreement **shall not exceed $400.00 per month.**

2. To the extent that Debtors secure financing for the purchase of a new vehicle, such payments **shall be made through the chapter 13 plan**. Within **30 DAYS** of securing such financing, Debtors shall file:

    (a) an amended chapter 13 plan; and

    (b) a report of financing, including details of automobile trade-in or sale, if applicable.

supplemental payment to the chapter 13 trustee **within 7 days** of filing the report of financing (and each month thereafter as necessary) in an amount sufficient for the trustee to cover the installments due on the loan. The supplemental payments shall be in addition to the regular plan payment, pending confirmation of the amended

plan.

4. Pending confirmation of any amended plan providing for the new postpetition loan payments, the trustee is authorized to make monthly adequate protection payments to the postpetition automobile lender identified in the report of financing for the contract amount so long as sufficient supplemental funds are provided

by Debtors.

5. Notwithstanding the inclusion of the postpetition loan within an amended chapter 13 plan, the underlying terms of the loan shall not be modified absent the

consent of the postpetition automobile lender.

6. Debtors shall serve copies of this Order on all creditors eligible to receive distributions through the chapter 13 plan and file proof of the same with the Court.

Prepared by: Daniel P. Foster

Dated: September 12, 2022

_____
UNITED STATES BANKRUPTCY JUDGE
nms

Case Administrator to Mail to:
Debtor(s)
Counsel for Debtor(s)Ronda J. Winnecour, Esq. Office of the U.S. Trustee

United States Bankruptcy Court

Western District of Pennsylvania

In re:  Case No. 19-10461-TPA

Matthew Lee Putman  Chapter 13

   Debtor

# CERTIFICATE OF NOTICE

District/off: 0315-1    User: auto    Page 1 of 2
Date Rcvd: Sep 12, 2022    Form ID: pdf900    Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol    Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

#    Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 14, 2022:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | #+ Matthew Lee Putman, PO Box 12, Conneaut Lake, PA 16316-0012 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 14, 2022    Signature:    /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 12, 2022 at the address(es) listed below:

**Name    Email Address**

Brian Nicholas
   on behalf of Creditor Freedom Mortgage Corporation bnicholas@kmllawgroup.com

Daniel P. Foster
   on behalf of Debtor Matthew Lee Putman dan@mrdebtbuster.com
   katie@mrdebtbuster.com;kaitlyn@mrdebtbuster.com;kristen@mrdebtbuster.com;fosterlaw@ecf.inforuptcy.com

Jerome B. Blank
   on behalf of Creditor Mortgage Research Center  LLC, et.al. pawb@fedphe.com

Mario J. Hanyon
   on behalf of Creditor Mortgage Research Center  LLC, et.al. wbecf@brockandscott.com, mario.hanyon@brockandscott.com

Mario J. Hanyon

District/off: 0315-1 | User: auto | Page 2 of 2
Date Rcvd: Sep 12, 2022 | Form ID: pdf900 | Total Noticed: 1

    on behalf of Creditor Freedom Mortgage Corporation wbecf@brockandscott.com  mario.hanyon@brockandscott.com

Office of the United States Trustee
    ustpregion03.pi.ecf@usdoj.gov

Ronda J. Winnecour
    cmecf@chapter13trusteewdpa.com

Thomas Song
    on behalf of Creditor Mortgage Research Center  LLC, et.al. pawb@fedphe.com

TOTAL: 8