**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE: | : | Bankruptcy No: 19-10461-TPA |
| | : | |
| Matthew Lee Putman, | : | Chapter 13 |
| Debtor | : | |
| | : | |
| Matthew Lee Putman, | : | Docket No.: |
| Movant | : | |
| | : | |
| No Respondent. | : | |

**NOTICE OF CHANGE OF ADDRESS OF DEBTORS**

Movant(s) Incorrect Address:
PO Box 12
Conneaut Lake, PA 16316

Movant(s) Correct Address:
665 Water Street
Conneaut Lake, PA 16316

                                                    Respectfully Submitted,

Date: September 26, 2022              /s/ Daniel P. Foster, Esquire
                                                    Daniel P. Foster, Esquire
                                                    PA I.D. #92376
                                                    FOSTER LAW OFFICES, LLC
                                                    1210 Park Avenue
                                                    Meadville, PA 16335
                                                    Tel: 814.724.1165
                                                    Fax: 814.724.1158
                                                    Dan@MrDebtBuster.com
                                                    Attorney for Debtor