**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE | : | Bankruptcy No. 19-10461-TPA |
| Matthew Lee Putman, | : | Chapter 13 |
| Debtor | : | |
| | : | Docket No.: 81 |
| Matthew Lee Putman, | : | |
| Movant | : | |
| | : | |
| vs. | : | |
| | : | |
| Ronda J. Winnecour, Esquire, | : | |
| Chapter 13 Trustee, | : | |
| Respondent. | : | |

## STATUS REPORT

**AND NOW** this 16th Day of March 2020, comes Matthew Lee Putman ("Debtor"), by and through his attorney, Daniel P. Foster, Esquire and Foster Law Offices, LLC, and file this *Status Report*. The Debtors aver as follows:

1. The Debtor filed a Voluntary Petition under Chapter 13 of the Bankruptcy Code on May 2, 2019 (the "Filing Date").

2. On August 24, 2020, Debtor filed a *Motion for Approval of Post-Petition Vehicle Financing* to obtain an automobile to replace their vehicle. On September 14, 2020, this Honorable Court issued and *Order* Granting the Motion for Approval of Post-Petition Vehicle Financing.

3. On October 21, 2020, Debtor filed a Motion to Extend Time for Post-Petition Vehicle Financing Order. On October 21, 2020, this Honorable Court granted the Motion and issued an Order extending the deadline to November 14, 2020 for Debtor to obtain an automobile.

4. At this time, the Debtor has still been unsuccessful in obtaining financing for a new vehicle; therefore, an Amended Chapter 13 Plan will not be filed.

**WHEREFORE**, the Debtors file this Status Report in compliance with this Honorable Court's Order dated September 14, 2020.

Date: <u>November 16, 2020</u>        */s/ Daniel P. Foster, Esquire*

                                            Daniel P. Foster, Esquire
                                            PA. I.D. No. 92376
                                            Foster Law Offices
                                            1210 Park Avenue
                                            Meadville, PA  16335
                                            Phone: 814.724.1165
                                            Fax: 814.724.1158
                                            Email: dan@mrdebtbuster.com
                                            Attorney for Debtors