# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE | : | Bankruptcy No. 19-10461-CMB |
| Matthew Lee Putman, | : | Chapter 13 |
| Debtor | : | |
| | : | Docket No.: 99 |
| Matthew Lee Putman, | : | |
| Movant | : | |
| | : | |
| vs. | : | |
| | : | |
| Ronda J. Winnecour, Esquire, | : | |
| Chapter 13 Trustee, | : | |
| Respondent. | : | |

## STATUS REPORT

**AND NOW** this 20th day of October 2022, comes Matthew Lee Putman ("Debtor"), by and through his attorney, Daniel P. Foster, Esquire and Foster Law Offices, LLC, and file this *Status Report*. The Debtors aver as follows:

1. The Debtor filed a Voluntary Petition under Chapter 13 of the Bankruptcy Code on May 2, 2019 (the "Filing Date").

2. On August 25, 2022, Debtor filed a *Motion for Approval of Post-Petition Vehicle Financing* to obtain an automobile to replace their vehicle.

3. On September 12, 2022, this Honorable Court issued an *Order* Granting the Motion for Approval of Post-Petition Vehicle Financing.

4. At this time, the Debtor has still been unsuccessful in obtaining financing for a new vehicle; therefore, an Amended Chapter 13 Plan will not be filed.

**WHEREFORE**, the Debtor files this Status Report in compliance with this Honorable Court's Order dated September 12, 2022.

Date: <u>October 24, 2022</u>   */s/ Daniel P. Foster, Esquire*

Daniel P. Foster, Esquire
PA. I.D. No. 92376
Foster Law Offices
1210 Park Avenue
Meadville, PA  16335
Phone: 814.724.1165
Fax: 814.724.1158
Email: dan@mrdebtbuster.com
Attorney for Debtors