IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE | : | Bankruptcy No. 19-10461-CMB |
| Matthew Lee Putman, | : | Chapter 13 |
|     Debtor | : | |
| _____ | : | Related to Docket No.: 106 |
| Matthew Lee Putman, | : | |
|     Movant | : | |
| | : | |
| vs. | : | |
| | : | |
| Ronda J. Winnecour, Esquire, | : | |
|     Chapter 13 Trustee, | : | |
|     Respondent. | : | |

### ORDER EXTENDING POST-PETITION VEHICLE FINANCING

AND, NOW, on this  5th  day of  January , 2023, upon consideration of Debtor's *Motion to Extend Order Granting Post-Petition Vehicle Financing*, it is hereby **Ordered, Adjudged, and Decreed** that said Motion is **granted**.  Debtor shall have until **January 29, 2023** to obtain vehicle financing.  An amended Chapter 13 Plan, to include the payment for the subject vehicle, and a Report of Financing, shall be filed on or before seven (7) days after the date of purchase/financing transaction.

FILED
1/5/23 2:09 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

BY THE COURT,

*Carlota M. Böhm* dmk
_____
Carlota M Bohm, Judge
United States Bankruptcy Court

United States Bankruptcy Court

Western District of Pennsylvania

In re:  Case No. 19-10461-CMB

Matthew Lee Putman  Chapter 13

   Debtor

# CERTIFICATE OF NOTICE

District/off: 0315-1  User: auto  Page 1 of 2
Date Rcvd: Jan 05, 2023  Form ID: pdf900  Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol     Definition**
+          Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 07, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Matthew Lee Putman, 665 Water Street, Conneaut Lake, PA 16316-7229 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 07, 2023        Signature:        /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 5, 2023 at the address(es) listed below:

**Name**  **Email Address**

Brian Nicholas
  on behalf of Creditor Freedom Mortgage Corporation bnicholas@kmllawgroup.com

Daniel P. Foster
  on behalf of Debtor Matthew Lee Putman dan@mrdebtbuster.com
  katie@mrdebtbuster.com;kaitlyn@mrdebtbuster.com;kristen@mrdebtbuster.com;fosterlaw@ecf.inforuptcy.com

Denise Carlon
  on behalf of Creditor Freedom Mortgage Corporation dcarlon@kmllawgroup.com

Jerome B. Blank
  on behalf of Creditor Mortgage Research Center  LLC, et.al. jblank@pincuslaw.com

Mario J. Hanyon
  on behalf of Creditor Freedom Mortgage Corporation wbecf@brockandscott.com mario.hanyon@brockandscott.com

Mario J. Hanyon

| District/off: 0315-1 | User: auto | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Jan 05, 2023 | Form ID: pdf900 | Total Noticed: 1 |

on behalf of Creditor Mortgage Research Center  LLC, et.al. wbecf@brockandscott.com, mario.hanyon@brockandscott.com

Office of the United States Trustee
    ustpregion03.pi.ecf@usdoj.gov

Ronda J. Winnecour
    cmecf@chapter13trusteewdpa.com

Thomas Song
    on behalf of Creditor Mortgage Research Center  LLC, et.al. pawb@fedphe.com

TOTAL: 9