**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **IN RE** | : | **Bankruptcy No. 19-10461-CMB** |
| **Matthew Lee Putman,** | : | **Chapter 13** |
| **Debtor** | : | |
| _____ | : | **Docket No.: 109** |
| **Matthew Lee Putman,** | : | |
| **Movant** | : | |
| | : | |
| **vs.** | : | |
| | : | |
| **Ronda J. Winnecour, Esquire,** | : | |
| **Chapter 13 Trustee,** | : | |
| **Respondent.** | : | |

**STATUS REPORT**

**AND NOW** this 30th day of January 2023**,** comes Matthew Lee Putman ("Debtor"), by and through his attorney, Daniel P. Foster, Esquire and Foster Law Offices, LLC, and file this _Status Report_.  The Debtors aver as follows:

1. The Debtor filed a Voluntary Petition under Chapter 13 of the Bankruptcy Code on May 2, 2019 (the "Filing Date").

2. On November 11, 2022, Debtor filed a _Motion for Approval of Post-Petition Vehicle Financing_ to obtain an automobile to replace their vehicle.

3. On November 30, 2022, this Honorable Court issued an _Order_ Granting the Motion for Approval of Post-Petition Vehicle Financing.

4. At this time, the Debtor has still been unsuccessful in obtaining financing for a new vehicle; therefore, an Amended Chapter 13 Plan will not be filed.

**WHEREFORE**, the Debtor files this Status Report in compliance with this Honorable Court's Order dated November 30, 2022.

Date: <u>January 30, 2023</u>          <u>*/s/ Daniel P. Foster, Esquire*</u>

Daniel P. Foster, Esquire
PA.  I.D. No. 92376
Foster Law Offices
1210 Park Avenue
Meadville, PA  16335
Phone: 814.724.1165
Fax: 814.724.1158
Email:  dan@mrdebtbuster.com
Attorney for Debtor