**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE | : | Bankruptcy No. 19-10461-CMB |
| Matthew Lee Putman, | : | Chapter 13 |
| Debtor | : | |
| | : | Docket No.: 112 |
| Matthew Lee Putman, | : | |
| Movant | : | |
| | : | |
| vs. | : | |
| | : | |
| Ronda J. Winnecour, Esquire, | : | |
| Chapter 13 Trustee, | : | |
| Respondent. | : | |

**CERTIFICATE OF NO OBJECTION**

The undersigned hereby certifies that, as of the date hereof, no Answer, Objection or other Responsive Pleading to the Motion for Approval of Post-Petition Vehicle Financing, filed on June 14, 2023, has been received. The undersigned further certifies that the Court's docket in this case has been reviewed and no Answer, Objection or other Responsive Pleading to the Complaint appears thereon. Pursuant to the Notice of Hearing, Objections to the Complaint were to be filed and served no later than July 1, 2023.

It is hereby respectfully requested that the Order attached to the Motion be entered by the Court.

Date: July 5, 2023

Respectfully submitted,
/s/ Daniel P. Foster, Esquire
Daniel P. Foster
PA I.D. # 92376
Foster Law Offices
1210 Park Avenue
Meadville, PA 16335
Phone: 814.724.1165
Fax: 814.724.1158
dan@mrdebtbuster.com
Attorney for Debtors

**CERTIFICATE OF SERVICE**

      I, the undersigned Paralegal of Foster Law Offices, LLC, certify under penalty of perjury that I am more than 18 years of age, and that I served a true and correct copy of the **Certificate of No Objection**, by First-Class Mail, U.S. Postage Paid on the parties below.

| | |
|---|---|
| Executed on: <u>July 5, 2023</u> | *By: /s/ Kristen N. Dennis*  <br>Kristen N. Dennis, PARALEGAL <br>FOSTER LAW OFFICES, LLC <br>1210 Park Avenue <br>Meadville, PA 16335 <br>Tel 814.724.1165 <br>Fax 814.724.1158 |

```
Label Matrix for local noticing        Freedom Mortgage Corporation          PRA Receivables Management, LLC
0315-1                                 10500 Kincaid Drive                   PO Box 41021
Case 19-10461-TPA                      Fishers, IN 46037-9764                Norfolk, VA 23541-1021
WESTERN DISTRICT OF PENNSYLVANIA
Erie
Thu Aug 25 15:05:33 EDT 2022

1                                      Afni, Inc.                            (p)CREDITORS BANKRUPTCY SERVICE
U.S. Bankruptcy Court                  Po Box 3097                           PO BOX 800849
U.S. Courthouse, Room B160             Bloomington, IL 61702-3097            DALLAS TX 75380-0849
17 South Park Row
Erie, PA 16501-1169

Capital One                            Central Loan Administration & Reporting   Conneaut Lake Child Care Center
Po Box 30281                           Po Box 77404                              155 South 9th Street
Salt Lake City, UT 84130-0281          Ewing, NJ 08628-6404                      PO Box 98
                                                                                 Conneaut Lake PA 16316-0098

Dish Network                           Erie Federal Credit Union             (p)FIRST FEDERAL CREDIT CONTROL  INC
PO Box 94063                           3503 Peach Street                     24700 CHAGRIN BLVD
Palatine, IL 60094-4063                Erie, PA 16508-2741                   SUITE 205
                                                                             BEACHWOOD OH 44122-5662

(p)JEFFERSON CAPITAL SYSTEMS LLC       MORTGAGE RESEARCH CENTER, LLC, et.al.  Meadville Diagnostic Medical Imaging Inc
PO BOX 7999                            CENLAR FSB                             751 Liberty Street
SAINT CLOUD MN 56302-7999              BK Department, 425 PHILLIPS BLVD.      Meadville, PA 16335-2559
                                       EWING NJ 08618-1430

National Recovery Agency               Office of the United States Trustee   Phelan Hallinan Diamond & Jones LLP
2491 Paxton Street                     Liberty Center.                       1617 JFK Boulevard
Harrisburg, PA 17111-1036              1001 Liberty Avenue, Suite 970        Suite 1400
                                       Pittsburgh, PA 15222-3721             Philadelphia, PA 19103-1814

Santander Consumer USA Inc.            Santander Consumer Usa                Synchrony Bank
P.O. Box 560284                        Po Box 961245                         c/o of PRA Receivables Management, LLC
Dallas, TX 75356-0284                  Ft Worth, TX 76161-0244               PO Box 41021
                                                                             Norfolk, VA 23541-1021

Tsi / 51                               UPMC Hamot Surgery Center             Verizon
PO Box 15273                           200 State Street                      500 Technology Drive
Wilmington, DE 19850-5273              Erie, PA 16507-1499                   Suite 550
                                                                             Saint Charles, MO 63304-2225

Daniel P. Foster                       Matthew Lee Putman                    Ronda J. Winnecour
Foster Law Offices                     PO Box 12                             Suite 3250, USX Tower
1210 Park Avenue                       Conneaut Lake, PA 16316-0012          600 Grant Street
Meadville, PA 16335-3110                                                     Pittsburgh, PA 15219-2702
```

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | | |
|---|---|---|
| Army & Air Force Exchange Services<br>Attention: GC-G<br>3911 S. Walton Walker Blvd<br>Dallas, TX 75236 | First Federal Credit Control<br>24700 Chagrin Boulevard<br>Suite 2<br>Cleveland, OH 44122 | Jefferson Capital Systems<br>16 Mceland Road<br>Saint Cloud, MN 56303 |
| (d)Jefferson Capital Systems LLC<br>Po Box 7999<br>Saint Cloud Mn 56302-9617 | (d)Military Star<br>3911 Walton Walker<br>Dallas, TX 75266 | |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| | | |
|---|---|---|
| (u)Mortgage Research Center, LLC, et.al. | (d)Freedom Mortgage Corporation<br>10500 Kincaid Drive<br>Fishers, IN 46037-9764 | End of Label Matrix<br>Mailable recipients   26<br>Bypassed recipients    2<br>Total                 28 |