# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE : | Bankruptcy No. 19-10461-JCM |
| Matthew Lee Putman, : | Chapter 13 |
| Debtor : | |
| : | Docket No.: 117 |
| Matthew Lee Putman, : | |
| Movant : | |
| vs. : | |
| Ronda J. Winnecour, Esquire, : | |
| Chapter 13 Trustee, : | |
| Respondent. : | |

## STATUS REPORT

**AND NOW** this 3rd day of November 2023**,** comes Matthew Lee Putman ("Debtor"), by and through his attorney, Daniel P. Foster, Esquire and Foster Law Offices, LLC, and file this *Status Report*.  The Debtor avers as follows:

1. The Debtor filed a Voluntary Petition under Chapter 13 of the Bankruptcy Code on May 2, 2019 (the "Filing Date").

2. On June 14, 2023, Debtor filed a *Motion for Approval of Post-Petition Vehicle Financing* to obtain an automobile to replace their vehicle.

3. On July 5, 2023, this Honorable Court issued an *Order* Granting the Motion for Approval of Post-Petition Vehicle Financing.

4. At this time, the Debtor has still been unsuccessful in obtaining financing for a new vehicle; therefore, an Amended Chapter 13 Plan will not be filed.

**WHEREFORE**, the Debtors file this Status Report in compliance with this Honorable Court's Order dated September 7, 2023.

| | |
|---|---|
| Date: <u>November 3, 2023</u> | <u>*/s/ Daniel P. Foster, Esquire*</u> |
| | Daniel P. Foster, Esquire |
| | PA. I.D. No. 92376 |
| | Foster Law Offices |
| | 1210 Park Avenue |
| | Meadville, PA  16335 |
| | Phone: 814.724.1165 |
| | Fax: 814.724.1158 |
| | Email:  dan@mrdebtbuster.com |
| | Attorney for Debtors |