**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

02/08/2024

IN RE:

| | |
|---|---|
| MATTHEW LEE PUTMAN<br>665 WATER STREET<br>CONNEAUT LAKE, PA 16316<br>XXX-XX-3829        Debtor(s) | Case No. 19-10461<br><br>Chapter 13 |

### NOTICE OF CLAIMS FILED AND INTENTION TO PAY CLAIMS

    NOTICE IS HEREBY GIVEN of claims filed and the intention of the Chapter 13 Trustee to pay the claims of creditors named below, in the amounts* and manner authorized by the terms and provisions of the confirmed Chapter 13 Plan, the order confirming the Plan, and applicable rules.

    This Notice is filed as a courtesy, to inform all parties of the claims the Trustee has found in the case.  This Notice does not seek authorization to pay claims, as that authorization already exists in the form of plan terms, applicable rules, and confirmation orders.  Any party who objects to the allowance of a filed claim must file a formal objection to the claim itself, NOT an objection to this Notice.

    This Notice should not be construed as altering the deadlines for filing objections to proofs of claim, as contained in the Federal Rules of Bankruptcy Procedure, the confirmed Chapter 13 Plan, or the order confirming the Chapter 13 Plan.  Pursuant to 11 U.S.C. § 502 (a), the claims which have been filed as stated above will be deemed allowed for purposes of distribution and shall be paid unless the debtor or other party in interest has timely objected to the claim, and provided notice of the objection to the Trustee, prior to the claim being paid by the Trustee.

    The following claim information is derived from one or more of the following sources: the debtor(s)' Chapter 13 Plan, proofs of claim, and the order confirming the plan. The list does not include claims which have been disallowed, withdrawn, or claims not provided for in the Chapter 13 Plan for which proofs of claim have not been filed.  Some of the claims listed on the following pages may have already been fully or partially paid by the Trustee.  To determine whether or not any payments have already been disbursed on a claim, please consult the Trustee's web site at www.13network.com.

*Unless the Chapter 13 Plan provides for a 100% payment of unsecured claims and is adequately funded to pay 100%, the actual percentage dividend which will be paid to the holders of allowed unsecured claims is not presently known .
In accordance with the provisions of the Chapter 13 Plan and local rules, the amount and percentage dividend to

which unsecured creditors are entitled will be determined during the Trustee's final audit of this case. An adjustment of the percentage to be paid to the unsecured creditors will be performed after the Trustee has calculated the actual amount of funds available for distribution to unsecured creditors, after determining the amounts needed to complete payments on the secured and priority claims. <u>Notwithstanding the fact that the final calculation will not be done until final audit, the Trustee will distribute funds to unsecured creditors, in accordance with the Chapter 13 Plan and Bankruptcy Code priorities, when and as funds allow.</u>

/s/ RONDA J. WINNECOUR
RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

I herein certify that a copy of this notice was served upon the listed creditors of record of this date and the debtor(s) and debtor(s) attorney of record on this date by regular U.S. Mail, postage prepaid, at the address as it appears in the records hereof.

2/8/2024

/s/Trustee'sAdministrativAssistant
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

SEE NEXT PAGE FOR CLAIMS

**CLAIM RECORDS**

| Creditor | Trustee Claim / Court Claim | Claim / Comment | Cred Desc / Account |
|---|---|---|---|
| **SYNCHRONY BANK**<br>C/O PRA RECEIVABLES MANAGEMENT LLC<br>PO BOX 41021<br>NORFOLK, VA  23541 | Trustee Claim Number: 1  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: SAMS CLUB/PRAE | | CRED DESC: NOTICE ONLY<br>ACCOUNT NO.: 8076 |
| **FREEDOM MORTGAGE CORPORATION**<br>ATTN PAYMENT PROCESSING<br>10500 KINCAID DR<br>FISHERS, IN  46037 | Trustee Claim Number: 2  INT %: 0.00%<br>Court Claim Number: 5<br>CLAIM: 0.00<br>COMMENT: PMT/DCLAR*781.77@CLA_&_R/PL*DKT4PMT-LMT*BGN 6/19*FR MTG RSRCH CNTR | | CRED DESC: MORTGAGE REGULAR PAYMEN<br>ACCOUNT NO.: 2263 |
| **ERIE FEDERAL CREDIT UNION(*)**<br>3503 PEACH ST<br>ERIE, PA  16508 | Trustee Claim Number: 3  INT %: 0.00%<br>Court Claim Number: 2<br>CLAIM: 870.62<br>COMMENT: PIF/CR LTR*SURR/PL*$8301.35/CL*PIF/CRD | | CRED DESC: VEHICLE<br>ACCOUNT NO.: 1692 |
| **SANTANDER CONSUMER USA**<br>PO BOX 560284<br>DALLAS, TX  75356 | Trustee Claim Number: 4  INT %: 0.00%<br>Court Claim Number: 1-2<br>CLAIM: 0.00<br>COMMENT: 1000/SCH*SURR/PL*AMD CL=$0*W/20 | | CRED DESC: VEHICLE<br>ACCOUNT NO.: 2945 |
| **PHELAN HALLINAN DIAMOND & JONES LLP**<br>C/O PMB SSS ACQUISITION<br>PO BOX 8990<br>TURNERSVILLE, NJ  08012-8990 | Trustee Claim Number: 5  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: | | CRED DESC: NOTICE ONLY<br>ACCOUNT NO.: |
| **KRISSA GUTSCHALL**<br>2232 CRUM RD<br>ESPYVILLE, PA  16424 | Trustee Claim Number: 6  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: CLOSE OFF/OWK*NO$/SCH*NT PROV/PL | | CRED DESC: SUPPORT/ALIMONY CONT.<br>ACCOUNT NO.: |
| **CRAWFORD COUNTY DRS**<br>898 PARK AVE<br>MEADVILLE, PA  16335 | Trustee Claim Number: 7  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: CLOSE OFF/OWK*NO$/SCH*NT PROV/PL | | CRED DESC: SUPPORT/ALIMONY CONT.<br>ACCOUNT NO.: |
| **AFNI**<br>P.O. BOX 3097<br>BLOOMINGTON, IL  61702 | Trustee Claim Number: 8  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: DISH NETWORK/SCH | | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 6502 |
| **CAPITAL ONE****<br>6125 LAKEVIEW RD STE 800<br>CHARLOTTE, NC  28269 | Trustee Claim Number: 9  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: | | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 6689 |
| **CONNEAUT LAKE CHILD CARE CENTER**<br>115 SOUTH 9TH ST<br>PO BOX 98<br>CONNEAUT LAKE, PA  16316 | Trustee Claim Number: 10  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: | | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 2019 |

CLAIM RECORDS

| Creditor | Claim Info | Credit Info |
|---|---|---|
| **FIRST FEDERAL CREDIT CONTROL**<br>24700 CHAGRIN BLVD STE 205<br><br>CLEVELAND, OH  44122-5662 | Trustee Claim Number:11  INT %:  0.00%<br>Court Claim Number:<br><br>CLAIM:  0.00<br>COMMENT:  HAMOT SURGERY CNTR/SCH | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.:  1847 |
| **JEFFERSON CAPITAL SYSTEMS LLC***<br>PO BOX 772813<br><br>CHICAGO, IL  60677-2813 | Trustee Claim Number:12  INT %:  0.00%<br>Court Claim Number:3<br><br>CLAIM:  1,175.49<br>COMMENT:  REF 3309590145*X5003~VERIZON WIRELESS/SCH*STALE | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.:  0001 |
| **ARMY & AIR FORCE EXCHANGE SVCS**<br>C/O BASS & ASSOCIATES PC<br>3936 E FT LOWELL RD STE 200<br><br>TUCSON, AZ  85712 | Trustee Claim Number:13  INT %:  0.00%<br>Court Claim Number:4<br><br>CLAIM:  5,152.81<br>COMMENT: | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.:  8193 |
| **NATIONAL RECOVERY CNTR**<br>6491 PEACHTREE IND BLVD<br><br>ATLANTA, GA  30360 | Trustee Claim Number:14  INT %:  0.00%<br>Court Claim Number:<br><br>CLAIM:  0.00<br>COMMENT:  NT ADR~MDVL DGNSTC/SCH | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.:  2338 |
| **DISH NETWORK**<br>DEPT 0063<br><br>PALATINE, IL  60055-0063 | Trustee Claim Number:15  INT %:  0.00%<br>Court Claim Number:<br><br>CLAIM:  0.00<br>COMMENT:  NT ADR/SCH | CRED DESC:  SPECIAL NOTICE ONLY<br>ACCOUNT NO.: |
| **MEADVILLE DIAGNOSTIC MEDICAL**<br>751 LIBERTY ST<br><br>MEADVILLE, PA  16335 | Trustee Claim Number:16  INT %:  0.00%<br>Court Claim Number:<br><br>CLAIM:  0.00<br>COMMENT: | CRED DESC:  SPECIAL NOTICE ONLY<br>ACCOUNT NO.: |
| **PA SCDU***<br>PO BOX 69110<br><br>HARRISBURG, PA  17106-9110 | Trustee Claim Number:17  INT %:  0.00%<br>Court Claim Number:<br><br>CLAIM:  0.00<br>COMMENT: | CRED DESC:  SPECIAL NOTICE ONLY<br>ACCOUNT NO.: |
| **UPMC HAMOT MEDICAL CENTER**<br>201 STATE ST - PATIENT ACCOUNTING<br><br>ERIE, PA  16550 | Trustee Claim Number:18  INT %:  0.00%<br>Court Claim Number:<br><br>CLAIM:  0.00<br>COMMENT:  NT ADR/SCH | CRED DESC:  SPECIAL NOTICE ONLY<br>ACCOUNT NO.: |
| **VERIZON**<br>140 WEST ST<br><br>NEW YORK, NY  10007 | Trustee Claim Number:19  INT %:  0.00%<br>Court Claim Number:<br><br>CLAIM:  0.00<br>COMMENT:  NT ADR/SCH | CRED DESC:  SPECIAL NOTICE ONLY<br>ACCOUNT NO.: |
| **SANTANDER CONSUMER USA**<br>PO BOX 560284<br><br>DALLAS, TX  75356 | Trustee Claim Number:20  INT %:  0.00%<br>Court Claim Number:1-2<br><br>CLAIM:  6,236.52<br>COMMENT:  NO GEN UNS/SCH*AMD*DEFICIENCY*W/4 | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.:  2945 |

| | | |
|---|---|---|
| **FREEDOM MORTGAGE CORPORATION** | Trustee Claim Number:21  INT %:  0.00% | CRED DESC:  MORTGAGE ARR. |
| ATTN PAYMENT PROCESSING | Court Claim Number:5 | ACCOUNT NO.:  2263 |
| 10500 KINCAID DR | | |
| | CLAIM:  8,680.66 | |
| FISHERS, IN  46037 | COMMENT:  $/CL-PL@CENTRAL LN ADIMIN/PL*THRU 5/19*FR MTG RSRCH CNTR-DOC 69 | |
| | | |
| **THOMAS SONG ESQ FOR JODI L HAUSE ESQ FF** | Trustee Claim Number:22  INT %:  0.00% | CRED DESC:  NOTICE ONLY |
| 1617 JFK BLVD STE 1400 | Court Claim Number: | ACCOUNT NO.: |
| | CLAIM:  0.00 | |
| PHILADELPHIA, PA  19103 | COMMENT:  MORTGAGE RESEARCH/PRAE | |
| | | |
| **KML LAW GROUP PC*** | Trustee Claim Number:23  INT %:  0.00% | CRED DESC:  NOTICE ONLY |
| 701 MARKET ST STE 5000 | Court Claim Number: | ACCOUNT NO.: |
| | CLAIM:  0.00 | |
| PHILADELPHIA, PA  19106 | COMMENT:  FREEDOM MORT/PRAE | |
| | | |
| **BROCK & SCOTT PLLC*** | Trustee Claim Number:24  INT %:  0.00% | CRED DESC:  NOTICE ONLY |
| 3825 FORRESTGATE DR | Court Claim Number: | ACCOUNT NO.: |
| | CLAIM:  0.00 | |
| WINSTON SALEM, NC  27103 | COMMENT:  FREEDOM MORT/PRAE | |

Case 19-10461-JCM    Doc 121    Filed 02/08/24    Entered 02/08/24 13:27:46    Desc