UNITED STATES BANKRUPTCY COURT
FOR WESTERN DISTRICT OF PENNSYLVANIA

IN RE:

Matthew Putman                          CHAPTER: 13
12312 Dogwood LN                 CASE NUMBER: 19-10461
Conneaut Lake, PA 16316         CLAIM AMOUNT: $1175.49

Debtors.
_____

## NOTICE OF WITHDRAWAL OF PROOF OF CLAIM

COMES NOW, Jefferson Capital Systems LLC, and pursuant to Rule 3006, F.R.Bkcy.P., hereby withdraws its Proof of Claim, filed 7/2/2019, in the amount of $1175.49.

Jefferson Capital Systems LLC hereby releases and discharges the Chapter 13 Trustee from any further liability for said Proof of Claim, and specifically requests the Chapter 13 Trustee to discontinue any and all disbursements in connection with said Proof of Claim.

This 8th day of February, 2024.

Jefferson Capital Systems LLC

By: /s/ Nancy Mehrenberg
Nancy Mehrenberg    Bankruptcy Specialist

Jefferson Capital Systems, LLC
200 14th Avenue E
Sartell, MN 56377
(800) 928-7314

## **CERTIFICATE OF SERVICE**

I do hereby certify that I served a copy of the NOTICE OF WITHDRAWAL OF

PROOF OF CLAIM filed in the Bankruptcy case on:

    Debtor:                        Matthew Putman
                                                     12312 Dogwood LN
                                                     Conneaut Lake, PA 16316

    Debtor's Attorney:            Daniel Foster
                                                     Box966 PO
                                                     Meadville, PA 16335

    Chapter 13 Trustee:          Ronda Winnecour
                                                     600 Grant St
                                                   Pittsburgh, PA 15219-2712

by submitting electronically with the court.

    This 8th day of February, 2024.

                                                       Jefferson Capital Systems LLC

                                                       By: /s/ Nancy Mehrenberg_____
                                                     Nancy Mehrenberg   Bankruptcy Specialist

                                                     Jefferson Capital Systems, LLC
                                                     200 14th Avenue E
                                                     Sartell, MN 56377
                                                     (800) 928-7314