UNITED STATES BANKRUPTCY COURT
FOR WESTERN DISTRICT OF PENNSYLVANIA

IN RE:

Matthew  Putman                           CHAPTER: 13
12312 Dogwood LN                          CASE NUMBER: 19-10461
Conneaut Lake, PA 16316                   CLAIM AMOUNT: $1175.49

                                              RELATED TO DOC. NO. 122

Debtors.

---

### NOTICE OF WITHDRAWAL OF PROOF OF CLAIM

COMES NOW, Jefferson Capital Systems LLC, and pursuant to Rule 3006,

F.R.Bkcy.P., hereby withdraws its Proof of Claim, filed 7/2/2019, in the amount of $1175.49.

Jefferson Capital Systems LLC hereby releases and discharges the Chapter 13

Trustee from any further liability for said Proof of Claim, and specifically requests the Chapter

13 Trustee to discontinue any and all disbursements in connection with said Proof of Claim.

This 8th day of February, 2024.


                        Jefferson Capital Systems LLC

                        By: /s/ Nancy Mehrenberg
                        Nancy Mehrenberg   Bankruptcy Specialist

                        Jefferson Capital Systems, LLC
                        200 14th Avenue E
                        Sartell, MN 56377
                        (800) 928-7314

SO ORDERED
February 09, 2024

John C. Melaragno, Judge jlm
United States Bankruptcy Court

SIGNED
2/9/24 12:06 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                      Case No. 19-10461-JCM
Matthew Lee Putman                                                          Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

| District/off: 0315-1 | User: auto | Page 1 of 2 |
|---|---|---|
| Date Rcvd: Feb 09, 2024 | Form ID: pdf900 | Total Noticed: 1 |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 11, 2024:**

NONE

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| cr | Email/Text: JCAP_BNC_Notices@jcap.com | Feb 09 2024 23:55:00 | Jefferson Capital Systems, LLC, PO Box 7999, St Cloud, MN 5632-9617 |

TOTAL: 1

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 11, 2024                      Signature:        /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 9, 2024 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Daniel P. Foster | on behalf of Debtor Matthew Lee Putman dan@mrdebtbuster.com katie@mrdebtbuster.com;marci@mrdebtbuster.com;kristen@mrdebtbuster.com;fosterlaw@ecf.inforuptcy.com |
| Denise Carlon | on behalf of Creditor Freedom Mortgage Corporation dcarlon@kmllawgroup.com |
| Jerome B. Blank | on behalf of Creditor Mortgage Research Center  LLC, et.al. jblank@pincuslaw.com, brausch@pincuslaw.com |
| Mario J. Hanyon | on behalf of Creditor Mortgage Research Center  LLC, et.al. wbecf@brockandscott.com, mario.hanyon@brockandscott.com |
| Mario J. Hanyon | on behalf of Creditor Freedom Mortgage Corporation wbecf@brockandscott.com  mario.hanyon@brockandscott.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Ronda J. Winnecour | |

cmecf@chapter13trusteewdpa.com

Thomas Song

on behalf of Creditor Mortgage Research Center  LLC, et.al. pawb@fedphe.com

TOTAL: 8