Notice of Claim Satisfaction Letter

Name of Debtor and Codebtor: Matthew Putman

Last 4 Account Number: 2945

Year, Make, Model & Vin: 2013, Dodge, Grand Caravan, 2C4RDGDG1DR619097

Bankruptcy Case Number: 19-10461

Court Claim#: 1

This letter serves as notice that this claim has been satisfied in full.

Signature and Date
/s/ Julie AB Smigliani
 Bankruptcy Representative
 Santander Consumer USA Inc;
 P.O. Box 560284
 Dallas, TX 75356

04/11/2024



For Internal Use Only    February 2023