Form 300a

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE:

| | | |
|---|---|---|
| **Matthew Lee Putman** | : | Case No. 19−10461−JCM |
| *Debtor(s)* | : | Chapter: 13 |
| | : | |
| **RONDA J. WINNECOUR, Trustee,** | : | |
| *Movant(s),* | : | |
| | : | |
| v. | : | Related to Document No. 144 |
| **No Respondents** | : | |
| *Respondent(s).* | : | Hearing Date: 10/29/24 at 02:30 PM |

## ORDER SCHEDULING DATE FOR RESPONSE
## AND HEARING ON MOTION

*AND NOW,* this ***The 27th of August, 2024***, a ***Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements*** having been filed at Doc. No. 144 , by the Chapter 13 Trustee

It is hereby **ORDERED, ADJUDGED and DECREED** that:

(1) **On or before October 11, 2024**, any ***Response***, including a consent to the ***Motion***, shall be filed with the Clerk's Office at U.S. Bankruptcy Court, (5414 U.S. Steel Tower, 600 Grant Street, Pittsburgh, PA 15219 **OR** U.S. Courthouse, Room B160, 17 South Park Row, Erie, PA 16501) and served on the counsel for the Moving Party.

(2) This ***Motion*** is scheduled for hearing on ***October 29, 2024 at 02:30 PM*** in Bankruptcy Courtroom, U.S. Courthouse, 17 South Park Row, Erie, PA 16501, at which time the parties and/or their counsel shall appear and the Court will dispose of the ***Motion***. See Judge Melaragno's Procedures effective 6/28/23 on the Court's Website.

(3) If, after proper service, a Respondent fails to timely file a ***Response***, the Court **may** determine that no hearing is required and accordingly enter the order by default. **To determine if a default order has been entered the Moving Party is directed to the Court's web site at www.pawb.uscourts.gov one day prior to the hearing. To view the calendar for Judge John C Melaragno refer to the calendar section.** In the event a default order has been signed, the Moving Party shall **IMMEDIATELY** advise all affected parties. If a default order has not been entered, the parties will be ***required*** to appear at the hearing.

(4) If either the Debtor's ***Certificate of Discharge Eligibility*** or ***Certificate of Financial Management*** are not timely filed, once the Motion is approved, *without further notice or hearing, the case is SUBJECT TO CLOSURE WITHOUT A DISCHARGE.*

_____
John C. Melaragno, Judge
United States Bankruptcy Court

cm: All Parties Listed on The Clerk's Mailing Matrix

United States Bankruptcy Court
Western District of Pennsylvania

In re:  
Matthew Lee Putman  
    Debtor

Case No. 19-10461-JCM  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0315-1      User: auto      Page 1 of 3  
Date Rcvd: Aug 27, 2024      Form ID: 300a      Total Noticed: 25

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 29, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Matthew Lee Putman, 665 Water Street, Conneaut Lake, PA 16316-7229 |
| 15058971 | + | Conneaut Lake Child Care Center, 155 South 9th Street, PO Box 98, Conneaut Lake PA 16316-0098 |
| 15085700 | + | MORTGAGE RESEARCH CENTER, LLC, et.al., CENLAR FSB, BK Department, 425 PHILLIPS BLVD., EWING NJ 08618-1430 |
| 15045501 | + | Meadville Diagnostic Medical Imaging Inc, 751 Liberty Street, Meadville, PA 16335-2559 |
| 15045504 | + | Phelan Hallinan Diamond & Jones LLP, 1617 JFK Boulevard, Suite 1400, Philadelphia, PA 19103-1814 |
| 15045506 | + | Tsi / 51, PO Box 15273, Wilmington, DE 19850-5273 |
| 15045507 | + | UPMC Hamot Surgery Center, 200 State Street, Erie, PA 16507-1499 |

TOTAL: 7

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | | Email/Text: JCAP_BNC_Notices@jcap.com | Aug 27 2024 23:45:00 | Jefferson Capital Systems, LLC, PO Box 7999, St Cloud, MN 5632-9617 |
| cr | + | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Aug 27 2024 23:41:53 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 15045494 | + | Email/Text: EBNProcessing@afni.com | Aug 27 2024 23:45:00 | Afni, Inc., Po Box 3097, Bloomington, IL 61702-3097 |
| 15081616 | + | Email/Text: BankruptcyNotices@aafes.com | Aug 27 2024 23:43:00 | Army & Air Force Exchange Services, Attention: GC-G, 3911 S. Walton Walker Blvd, Dallas, TX 75236-1509 |
| 15045496 | | Email/Text: correspondence@credit-control.com | Aug 27 2024 23:43:00 | Central Loan Administration & Reporting, Po Box 77404, Ewing, NJ 08628 |
| 15045495 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Aug 27 2024 23:41:49 | Capital One, Po Box 30281, Salt Lake City, UT 84130-0281 |
| 15045497 | + | Email/Text: Bankruptcy.Consumer@dish.com | Aug 27 2024 23:43:00 | Dish Network, PO Box 94063, Palatine, IL 60094-4063 |
| 15045498 | + | Email/Text: kslater@eriefcu.org | Aug 27 2024 23:44:00 | Erie Federal Credit Union, 3503 Peach Street, Erie, PA 16508-2741 |
| 15045499 | | Email/Text: rj@ffcc.com | Aug 27 2024 23:42:00 | First Federal Credit Control, 24700 Chagrin Boulevard, Suite 2, Cleveland, OH 44122 |
| 15272059 | | Email/Text: Bankruptcy@Freedommortgage.com | Aug 27 2024 23:43:00 | Freedom Mortgage Corporation, 10500 Kincaid Drive, Fishers, IN 46037-9764 |
| 15045500 | | Email/Text: JCAP_BNC_Notices@jcap.com | Aug 27 2024 23:45:00 | Jefferson Capital Systems, 16 Mcleland Road, Saint Cloud, MN 56303 |
| 15081325 | | Email/Text: JCAP_BNC_Notices@jcap.com | Aug 27 2024 23:45:00 | Jefferson Capital Systems LLC, Po Box 7999, Saint Cloud Mn 56302-9617 |
| 15045502 | + | Email/Text: BankruptcyNotices@aafes.com | Aug 27 2024 23:43:00 | Military Star, 3911 Walton Walker, Dallas, TX 75236-1509 |

| 15045503 | + | Email/Text: Bankruptcies@nragroup.com | Aug 27 2024 23:45:00 | National Recovery Agency, 2491 Paxton Street, Harrisburg, PA 17111-1036 |
| 15050971 | + | Email/Text: enotifications@santanderconsumerusa.com | Aug 27 2024 23:45:00 | Santander Consumer USA Inc., P.O. Box 560284, Dallas, TX 75356-0284 |
| 15045505 | + | Email/Text: enotifications@santanderconsumerusa.com | Aug 27 2024 23:45:00 | Santander Consumer Usa, Po Box 961245, Ft Worth, TX 76161-0244 |
| 15045848 | ^ | MEBN | Aug 27 2024 23:37:23 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 15045508 | + | Email/Text: wfmelectronicbankruptcynotifications@verizonwireless.com | Aug 27 2024 23:42:00 | Verizon, 500 Technology Drive, Suite 550, Saint Charles, MO 63304-2225 |

TOTAL: 18

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | Mortgage Research Center, LLC, et.al. |
| cr | *+ | Freedom Mortgage Corporation, 10500 Kincaid Drive, Fishers, IN 46037-9764 |
| cr | *+ | Santander Consumer USA Inc., P.O. Box 560284, Dallas, TX 75356-0284 |

TOTAL: 1 Undeliverable, 2 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309):** Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Aug 29, 2024         Signature:         /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 27, 2024 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Brent J. Lemon | on behalf of Creditor Freedom Mortgage Corporation blemon@kmllawgroup.com lemondropper75@hotmail.com |
| Daniel P. Foster | on behalf of Debtor Matthew Lee Putman dan@mrdebtbuster.com katie@mrdebtbuster.com;marci@mrdebtbuster.com;kristen@mrdebtbuster.com;fosterlaw@ecf.inforuptcy.com |
| Denise Carlon | on behalf of Creditor Freedom Mortgage Corporation dcarlon@kmllawgroup.com |
| Jerome B. Blank | on behalf of Creditor Mortgage Research Center LLC, et.al. jblank@pincuslaw.com, brausch@pincuslaw.com |
| Mario J. Hanyon | on behalf of Creditor Mortgage Research Center LLC, et.al. wbecf@brockandscott.com, mario.hanyon@brockandscott.com |
| Mario J. Hanyon | on behalf of Creditor Freedom Mortgage Corporation wbecf@brockandscott.com mario.hanyon@brockandscott.com |

District/off: 0315-1 | User: auto | Page 3 of 3
Date Rcvd: Aug 27, 2024 | Form ID: 300a | Total Noticed: 25

Office of the United States Trustee
    ustpregion03.pi.ecf@usdoj.gov

Ronda J. Winnecour
    cmecf@chapter13trusteewdpa.com

Thomas Song
    on behalf of Creditor Mortgage Research Center LLC, et.al. pawb@fedphe.com

TOTAL: 9