Certificate Number: 03088-PAW-DE-038842071

Bankruptcy Case Number: 19-10461



03088-PAW-DE-038842071

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on September 6, 2024, at 3:02 o'clock PM CDT, Matthew L Putman completed a course on personal financial management given by internet by Debt Education and Certification Foundation, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Western District of Pennsylvania.

Date:  September 6, 2024

By:  /s/Katherine Minnich

Name:  Katherine Minnich

Title:  Counselor