**IN THE UNITED STATED BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE: | : | BANKRUPTCY CASE NO. 19-10461-JCM |
| | : | |
| Matthew Lee Putman, | : | CHAPTER 13 |
| Debtor, | : | |
| _____ | : | RELATED TO DOCKET NO(s): 147,151-152 |
| Matthew Lee Putman, | : | |
| Movant, | : | |
| | : | |
| vs | : | |
| | : | |
| Ronda J. Winnecour, Esquire, | : | |
| Chapter 13 Trustee | : | |
| Respondents. | : | |

## RESPONSE TO ORDER SETTING STATUS CONFERENCE

**AND NOW** comes the Debtor, Matthew Lee Putman, by and through his attorney, DANIEL P. FOSTER, of FOSTER LAW OFFICES, and files the within RESPONSE TO ORDER SETTING STATUS CONFERENCE and in support thereof, aver as follows:

1. Debtor filed a Certification of Discharge Eligibility [PAWB Local Form 24] at Docket No. 152.
2. Debtor filed a Certification of Personal Financial Management Course at Docket No. 151.

**WHEREFORE** the Debtor requests the Honorable Court vacate the Order Setting Status Conference and Cancel the status conference scheduled for October 29, 2024.

Date:  September 9, 2024

Respectfully Submitted,
/s/ Daniel P. Foster, Esquire
Daniel P. Foster, Esquire
PA ID 92376
FOSTER LAW OFFICES
1210 Park Avenue, Meadville, PA 16335
Phone: 814.724.1165
Fax: 814.724.1158
Dan@MrDebtBuster.com