| Information to identify the case: | | |
|---|---|---|
| Debtor 1 | **Matthew Lee Putman**<br>First Name   Middle Name   Last Name | Social Security number or ITIN   xxx–xx–3829<br>EIN   __–_____ |
| Debtor 2<br>(Spouse, if filing) | First Name   Middle Name   Last Name | Social Security number or ITIN   ____<br>EIN   __–_____ |
| United States Bankruptcy Court   WESTERN DISTRICT OF PENNSYLVANIA | | |
| Case number:   19–10461–JCM | | |

# Order of Discharge                                                                    12/18

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

  Matthew Lee Putman

10/17/24                                                   **By the court:** John C Melaragno
                                                                         United States Bankruptcy Judge

---

**Explanation of Bankruptcy Discharge in a Chapter 13 Case**

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**
This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**
Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**
Examples of debts that are not discharged are:

♦ debts that are domestic support obligations;

♦ debts for most student loans;

♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2>**

Form 3180W                            **Chapter 13 Discharge**                            page 1

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;

- some debts which the debtors did not properly list;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

> **This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

United States Bankruptcy Court

Western District of Pennsylvania

In re:  
Matthew Lee Putman  
    Debtor

Case No. 19-10461-JCM  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0315-1      User: auto      Page 1 of 3  
Date Rcvd: Oct 17, 2024      Form ID: 3180W      Total Noticed: 27

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 19, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Matthew Lee Putman, 665 Water Street, Conneaut Lake, PA 16316-7229 |
| 15058971 | + | Conneaut Lake Child Care Center, 155 South 9th Street, PO Box 98, Conneaut Lake PA 16316-0098 |
| 15085700 | + | MORTGAGE RESEARCH CENTER, LLC, et.al., CENLAR FSB, BK Department, 425 PHILLIPS BLVD., EWING NJ 08618-1430 |
| 15045501 | + | Meadville Diagnostic Medical Imaging Inc, 751 Liberty Street, Meadville, PA 16335-2559 |
| 15045504 | + | Phelan Hallinan Diamond & Jones LLP, 1617 JFK Boulevard, Suite 1400, Philadelphia, PA 19103-1814 |
| 15045506 | + | Tsi / 51, PO Box 15273, Wilmington, DE 19850-5273 |
| 15045507 | + | UPMC Hamot Surgery Center, 200 State Street, Erie, PA 16507-1499 |

TOTAL: 7

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | EDI: PENNDEPTREV | Oct 18 2024 03:43:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Oct 17 2024 23:50:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| smg | | EDI: PENNDEPTREV | Oct 18 2024 03:43:00 | Pennsylvania Dept. of Revenue, Department 280946, P.O. Box 280946, ATTN: BANKRUPTCY DIVISION, Harrisburg, PA 17128-0946 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Oct 17 2024 23:50:00 | Pennsylvania Dept. of Revenue, Department 280946, P.O. Box 280946, ATTN: BANKRUPTCY DIVISION, Harrisburg, PA 17128-0946 |
| cr | | EDI: JEFFERSONCAP.COM | Oct 18 2024 03:43:00 | Jefferson Capital Systems, LLC, PO Box 7999, St Cloud, MN 5632-9617 |
| cr | + | EDI: PRA.COM | Oct 18 2024 03:43:00 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 15045494 | + | Email/Text: EBNProcessing@afni.com | Oct 17 2024 23:50:00 | Afni, Inc., Po Box 3097, Bloomington, IL 61702-3097 |
| 15081616 | + | EDI: AAFES | Oct 18 2024 03:43:00 | Army & Air Force Exchange Services, Attention: GC-G, 3911 S. Walton Walker Blvd, Dallas, TX 75236-1509 |
| 15045496 | | Email/Text: correspondence@credit-control.com | Oct 17 2024 23:49:00 | Central Loan Administration & Reporting, Po Box 77404, Ewing, NJ 08628 |
| 15045495 | + | EDI: CAPITALONE.COM | Oct 18 2024 03:43:00 | Capital One, Po Box 30281, Salt Lake City, UT 84130-0281 |
| 15045497 | + | EDI: DISH | Oct 18 2024 03:43:00 | Dish Network, PO Box 94063, Palatine, IL 60094-4063 |

| Recip ID | | Notice Method | Date/Time | Name and Address |
|---|---|---|---|---|
| 15045498 | + | Email/Text: kslater@eriefcu.org | Oct 17 2024 23:50:00 | Erie Federal Credit Union, 3503 Peach Street, Erie, PA 16508-2741 |
| 15045499 | | Email/Text: rj@ffcc.com | Oct 17 2024 23:49:00 | First Federal Credit Control, 24700 Chagrin Boulevard, Suite 2, Cleveland, OH 44122 |
| 15272059 | | Email/Text: Bankruptcy@Freedommortgage.com | Oct 17 2024 23:49:00 | Freedom Mortgage Corporation, 11988 Exit 5 Parkway, Building 4, Fishers, IN 46037-7939 |
| 15045500 | | EDI: JEFFERSONCAP.COM | Oct 18 2024 03:43:00 | Jefferson Capital Systems, 16 Mcleland Road, Saint Cloud, MN 56303 |
| 15081325 | | EDI: JEFFERSONCAP.COM | Oct 18 2024 03:43:00 | Jefferson Capital Systems LLC, Po Box 7999, Saint Cloud Mn 56302-9617 |
| 15045502 | + | EDI: AAFES | Oct 18 2024 03:43:00 | Military Star, 3911 Walton Walker, Dallas, TX 75236-1509 |
| 15045503 | + | Email/Text: Bankruptcies@nragroup.com | Oct 17 2024 23:50:00 | National Recovery Agency, 2491 Paxton Street, Harrisburg, PA 17111-1036 |
| 15050971 | + | Email/Text: enotifications@santanderconsumerusa.com | Oct 17 2024 23:50:00 | Santander Consumer USA Inc., P.O. Box 560284, Dallas, TX 75356-0284 |
| 15045505 | + | Email/Text: enotifications@santanderconsumerusa.com | Oct 17 2024 23:50:00 | Santander Consumer Usa, Po Box 961245, Ft Worth, TX 76161-0244 |
| 15045848 | ^ | MEBN | Oct 17 2024 23:51:34 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 15045508 | + | EDI: VERIZONCOMB.COM | Oct 18 2024 03:42:00 | Verizon, 500 Technology Drive, Suite 550, Saint Charles, MO 63304-2225 |

TOTAL: 22

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | Mortgage Research Center, LLC, et.al. |
| cr | * | Freedom Mortgage Corporation, 11988 Exit 5 Parkway, Building 4, Fishers, IN 46037-7939 |
| cr | *+ | Santander Consumer USA Inc., P.O. Box 560284, Dallas, TX 75356-0284 |

TOTAL: 1 Undeliverable, 2 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309):** Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Oct 19, 2024           Signature:      /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 17, 2024 at the address(es) listed below:

District/off: 0315-1 | User: auto | Page 3 of 3
Date Rcvd: Oct 17, 2024 | Form ID: 3180W | Total Noticed: 27

| Name | Email Address |
|---|---|
| Brent J. Lemon | on behalf of Creditor Freedom Mortgage Corporation blemon@kmllawgroup.com lemondropper75@hotmail.com |
| Daniel P. Foster | on behalf of Debtor Matthew Lee Putman dan@mrdebtbuster.com katie@mrdebtbuster.com;marci@mrdebtbuster.com;kristen@mrdebtbuster.com;fosterlaw@ecf.inforuptcy.com |
| Denise Carlon | on behalf of Creditor Freedom Mortgage Corporation dcarlon@kmllawgroup.com |
| Jerome B. Blank | on behalf of Creditor Mortgage Research Center  LLC, et.al. jblank@pincuslaw.com, brausch@pincuslaw.com |
| Mario J. Hanyon | on behalf of Creditor Mortgage Research Center  LLC, et.al. wbecf@brockandscott.com, mario.hanyon@brockandscott.com |
| Mario J. Hanyon | on behalf of Creditor Freedom Mortgage Corporation wbecf@brockandscott.com mario.hanyon@brockandscott.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Ronda J. Winnecour | cmecf@chapter13trusteewdpa.com |
| Thomas Song | on behalf of Creditor Mortgage Research Center  LLC, et.al. pawb@fedphe.com |

TOTAL: 9