# IN THE UNITED STATES BANKRUPTCY COURT
# WESTERN DISTRICT OF PENNSYLVANIA

IN RE:
   MATTHEW LEE PUTMAN

       Debtor(s)

   Ronda J. Winnecour
       Movant
     vs.
   No Repondents.

Case No.: 19-10461

Chapter 13

Document No.: 144

## ORDER OF COURT

AND NOW, this __17th__ day of __October__, 20__24__, upon consideration of the **Chapter 13 Trustee's Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements**, and following notice to the creditors and an opportunity to be heard, it is hereby **ORDERED, ADJUDGED** and **DECREED**, as follows:

(1). This Court finds that the Chapter 13 plan, as supplemented by any and all amendments, has been fully and finally completed.

(2). The debtor(s) is/are entitled to and shall receive a discharge in this case pursuant to Section 1328(a) of the Bankruptcy Code.

(3). To the extent not previously terminated, the wage attachment(s) issued in this case is/are immediately terminated and the debtor(s) shall serve a copy of this order on any affected employer(s).

(4). Property of the estate hereby revests in the debtor(s). This revestment of property is free and clear of any and all claims or interests except as otherwise treated in the plan or in the Order confirming the Plan. All restrictions of the debtor(s)' use of the property of the estate is hereby terminated.

(5). Each and every creditor is bound by the provisions of the completed plan, whether or not the claim of such creditor is provided for in the Plan, and whether or not such creditor has objected to, has accepted or rejected the plan. All mortgage and other secured debts provided for by the Plan are hereby found to be cured of any and all monetary defaults as of the payment date for which the Trustee last made a distribution, and no additional interest, late fees or penalties may be assessed for time periods or payments due prior to that date.

(6). After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee shall file UST Form 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account (the "Final Report"). Upon submission of the Final Report, the Trustee is discharged from her duties in this case and the case will be closed.

BY THE COURT:

_____ jlm
U.S. BANKRUPTCY JUDGE

SIGNED
10/17/24 11:07 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

United States Bankruptcy Court

Western District of Pennsylvania

In re:  
Matthew Lee Putman  
    Debtor

Case No. 19-10461-JCM  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0315-1      User: auto      Page 1 of 3  
Date Rcvd: Oct 17, 2024      Form ID: pdf900      Total Noticed: 25

The following symbols are used throughout this certificate:

| Symbol | Definition |
| --- | --- |
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 19, 2024:**

| Recip ID | | Recipient Name and Address |
| --- | --- | --- |
| db | + | Matthew Lee Putman, 665 Water Street, Conneaut Lake, PA 16316-7229 |
| 15058971 | + | Conneaut Lake Child Care Center, 155 South 9th Street, PO Box 98, Conneaut Lake PA 16316-0098 |
| 15085700 | + | MORTGAGE RESEARCH CENTER, LLC, et.al., CENLAR FSB, BK Department, 425 PHILLIPS BLVD., EWING NJ 08618-1430 |
| 15045501 | + | Meadville Diagnostic Medical Imaging Inc, 751 Liberty Street, Meadville, PA 16335-2559 |
| 15045504 | + | Phelan Hallinan Diamond & Jones LLP, 1617 JFK Boulevard, Suite 1400, Philadelphia, PA 19103-1814 |
| 15045506 | + | Tsi / 51, PO Box 15273, Wilmington, DE 19850-5273 |
| 15045507 | + | UPMC Hamot Surgery Center, 200 State Street, Erie, PA 16507-1499 |

TOTAL: 7

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
| --- | --- | --- | --- | --- |
| cr | | Email/Text: JCAP_BNC_Notices@jcap.com | Oct 17 2024 23:50:00 | Jefferson Capital Systems, LLC, PO Box 7999, St Cloud, MN 5632-9617 |
| cr | + | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Oct 17 2024 23:58:20 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 15045494 | + | Email/Text: EBNProcessing@afni.com | Oct 17 2024 23:50:00 | Afni, Inc., Po Box 3097, Bloomington, IL 61702-3097 |
| 15081616 | + | Email/Text: BankruptcyNotices@aafes.com | Oct 17 2024 23:49:00 | Army & Air Force Exchange Services, Attention: GC-G, 3911 S. Walton Walker Blvd, Dallas, TX 75236-1509 |
| 15045496 | | Email/Text: correspondence@credit-control.com | Oct 17 2024 23:49:00 | Central Loan Administration & Reporting, Po Box 77404, Ewing, NJ 08628 |
| 15045495 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Oct 18 2024 00:13:11 | Capital One, Po Box 30281, Salt Lake City, UT 84130-0281 |
| 15045497 | + | Email/Text: Bankruptcy.Consumer@dish.com | Oct 17 2024 23:49:00 | Dish Network, PO Box 94063, Palatine, IL 60094-4063 |
| 15045498 | + | Email/Text: kslater@eriefcu.org | Oct 17 2024 23:50:00 | Erie Federal Credit Union, 3503 Peach Street, Erie, PA 16508-2741 |
| 15045499 | | Email/Text: rj@ffcc.com | Oct 17 2024 23:49:00 | First Federal Credit Control, 24700 Chagrin Boulevard, Suite 2, Cleveland, OH 44122 |
| 15272059 | | Email/Text: Bankruptcy@Freedommortgage.com | Oct 17 2024 23:49:00 | Freedom Mortgage Corporation, 11988 Exit 5 Parkway, Building 4, Fishers, IN 46037-7939 |
| 15045500 | | Email/Text: JCAP_BNC_Notices@jcap.com | Oct 17 2024 23:50:00 | Jefferson Capital Systems, 16 Mcleland Road, Saint Cloud, MN 56303 |
| 15081325 | | Email/Text: JCAP_BNC_Notices@jcap.com | Oct 17 2024 23:50:00 | Jefferson Capital Systems LLC, Po Box 7999, Saint Cloud Mn 56302-9617 |
| 15045502 | + | Email/Text: BankruptcyNotices@aafes.com | Oct 17 2024 23:49:00 | Military Star, 3911 Walton Walker, Dallas, TX 75236-1509 |

| Recip ID | | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| 15045503 | + | Email/Text: Bankruptcies@nragroup.com | Oct 17 2024 23:50:00 | National Recovery Agency, 2491 Paxton Street, Harrisburg, PA 17111-1036 |
| 15050971 | + | Email/Text: enotifications@santanderconsumerusa.com | Oct 17 2024 23:50:00 | Santander Consumer USA Inc., P.O. Box 560284, Dallas, TX 75356-0284 |
| 15045505 | + | Email/Text: enotifications@santanderconsumerusa.com | Oct 17 2024 23:50:00 | Santander Consumer Usa, Po Box 961245, Ft Worth, TX 76161-0244 |
| 15045848 | ^ | MEBN | Oct 17 2024 23:51:37 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 15045508 | + | Email/Text: wfmelectronicbankruptcynotifications@verizonwireless.com | Oct 17 2024 23:49:00 | Verizon, 500 Technology Drive, Suite 550, Saint Charles, MO 63304-2225 |

TOTAL: 18

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | Mortgage Research Center, LLC, et.al. |
| cr | * | Freedom Mortgage Corporation, 11988 Exit 5 Parkway, Building 4, Fishers, IN 46037-7939 |
| cr | *+ | Santander Consumer USA Inc., P.O. Box 560284, Dallas, TX 75356-0284 |

TOTAL: 1 Undeliverable, 2 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309):** Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Oct 19, 2024    Signature:    /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 17, 2024 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Brent J. Lemon | on behalf of Creditor Freedom Mortgage Corporation blemon@kmllawgroup.com lemondropper75@hotmail.com |
| Daniel P. Foster | on behalf of Debtor Matthew Lee Putman dan@mrdebtbuster.com katie@mrdebtbuster.com;marci@mrdebtbuster.com;kristen@mrdebtbuster.com;fosterlaw@ecf.inforuptcy.com |
| Denise Carlon | on behalf of Creditor Freedom Mortgage Corporation dcarlon@kmllawgroup.com |
| Jerome B. Blank | on behalf of Creditor Mortgage Research Center LLC, et.al. jblank@pincuslaw.com, brausch@pincuslaw.com |
| Mario J. Hanyon | on behalf of Creditor Mortgage Research Center LLC, et.al. wbecf@brockandscott.com, mario.hanyon@brockandscott.com |
| Mario J. Hanyon | on behalf of Creditor Freedom Mortgage Corporation wbecf@brockandscott.com mario.hanyon@brockandscott.com |

District/off: 0315-1     User: auto     Page 3 of 3
Date Rcvd: Oct 17, 2024     Form ID: pdf900     Total Noticed: 25

Office of the United States Trustee
   ustpregion03.pi.ecf@usdoj.gov

Ronda J. Winnecour
   cmecf@chapter13trusteewdpa.com

Thomas Song
   on behalf of Creditor Mortgage Research Center LLC, et.al. pawb@fedphe.com

TOTAL: 9